IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         CASE NO. 5:08-cr-3-RS-GRJ

PATRICIA WALKER McGILL,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 129).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's motion to vacate pursuant to 28 U.S.C. § 2255 (Doc. 112) is **DENIED**.

3. The certificate of appealability is **DENIED**.

4. The Clerk is directed to close the file.

**ORDERED** on January 4, 2013.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**